UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| RICHARD MOSLEY, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | No. 6:23-cv-20-REW |
| v. | ) ) | |
| EZRICARE, LLC, *et al.*, | ) ) | ORDER |
| Defendants. | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Richard Mosley moves, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] to voluntarily dismiss this action, without prejudice, as to Defendant Aru Pharma, Inc. *See* DE 31. Under Rule 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Seeing as Aru Pharma, Inc. has not yet answered Mosley's Complaint, the Court **GRANTS** DE 31 and **DISMISSES** this action as to Defendant Aru Pharma, Inc., **without prejudice**.

This the 28th day of March, 2023.

Signed By:
Robert E. Wier
United States District Judge

---

[1] The notice's caption suggests Rule 41(a)(1)(A)(i) governs this dismissal, but, in the notice's body, Mosley cites Rule 41(a)(1)(A)(ii). Given the content and character of the notice and the state of the docket at the time the notice was filed, the Court will analyze the notice under Rule 41(a)(1)(A)(i).