UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| RICHARD MOSLEY, *on behalf of himself and all others similarly situated*, ) ) ) | |
| ) | No. 6:23-CV-20-REW |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| EZRICARE LLC, *et al.*, ) ) | |
| Defendants. ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Richard Mosley and Defendants EzriCare, LLC and EzriRx, LLC jointly file a stipulation of dismissal, agreeing that the Court should dismiss all of Mosley's claims against all defendants without prejudice. *See* DE 116 (Stipulation). The Court, finding the request apt, **DISMISSES** Mosley's claims against all defendants **without prejudice** per the terms of DE 116. The Clerk shall **STRIKE** this matter from the Court's active docket.

This the 13th day of May, 2024.

Signed By:
*Robert E. Wier*   REW
**United States District Judge**

1